



FILED

SEP 1 4 2015

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**JUSTINE FLANAGAN**
**ACTING CLERK OF COURT**

**TEL: 618.482.9371**
**FAX: 618.482.9383**

**OFFICE OF THE CLERK**
**750 MISSOURI AVENUE**
**EAST ST. LOUIS, ILLINOIS 62201**

September 1, 2015

Clerk of the Circuit Court
Madison County, Illinois
155 North Main Street
Edwardsville, IL 62025

FILED

SEP 3 – 2015

CLERK OF CIRCUIT COURT #76
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

Re:   Candace Lewis v. Johnson & Johnson, et al
        District Court Case No. 15-cv-565-SMY/PMF
        State Court Case No. 05-L-409   15 L 409

Enclosed is a certified copy of the Order of Judge Staci M. Yandle filed August 31, 2015, remanding this action to your court.

Please acknowledge receipt of the Order by returning a signed copy of this letter to the undersigned at the office indicated above.

Very truly yours,


s/ Jessica L. Robertson
Deputy Clerk

Enclosure
Copy to Counsel of Record

Received By: Melodie A. Smith

Date: 9-3-15

CV-11
Rev. 1/12